**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

vs.                                                                           **CRIMINAL NO. 3:01-cr-24WHB**

**TIFFANY ELAINE LEE**                                                                            **DEFENDANT**

**FAIRFIELD INN**                                                                                     **GARNISHEE**

**ORDER QUASHING GARNISHMENT**

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant is no longer employed by the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on July 30, 2007, be and it is hereby quashed, and the garnishee, Fairfield Inn is hereby dismissed.

ORDERED AND ADJUDGED this   4th   day of   September , 2007.

                                                                    s/ David Bramlette
                                                         UNITED STATES DISTRICT JUDGE